IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERCIA ) | |
| ) | Criminal No. 1:16MJ171 |
| v. ) | |
| ) | The Honorable Theresa C. Buchanan |
| JIMMY OLIVER ZEIGLER II, ) | |
| ) | **Under Seal** |
| Defendant. ) | |

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kendrah Peterson, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been so employed since 2006. I am currently assigned to Enforcement Group Forty-Four at the Washington Division Office, located in the District of Columbia.

2. While with the DEA, I have participated in the investigation of narcotics traffickers and possessors. Many of these investigations led to the arrest and conviction of narcotics dealers and money launderers. In the course of conducting these investigations, I have used several different kinds of investigative techniques, including: interviewing informants and cooperating sources; conducting physical surveillance; conducting short-term and long-term undercover operations, including reverse undercover operations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification data; conducting court-authorized electronic surveillance; preparing and executing search warrants, which have led to substantial seizures of narcotics, firearms, contraband, and drug related assets; and, the analysis of financial documents and

records.

3. This affidavit is being submitted in support of a criminal complaint charging JIMMY OLIVER ZEIGLER II ("ZEIGLER") with conspiracy to distribute five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

4. The facts and information contained in this affidavit are based upon my personal knowledge of the investigation and information obtained from other state and federal law enforcement officers. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of reports, documents, and other physical evidence obtained during the course of this investigation.

5. This affidavit contains information necessary to support probable cause. The information contained in this affidavit is not intended to include each and every fact and matter observed by me or known to the government.

6. During the course of this investigation, investigators have used a cooperating source (hereinafter, "CS"). CS has been a confidential source with the DEA since January of 2015. CS has previously worked with other local law enforcement agencies. CS has been convicted of daytime house breaking, theft, and possession of a controlled substance (not marijuana). CS is an admitted drug user. CS agreed to cooperate in the instant case in exchange for monetary compensation. CS' information has been corroborated in this investigation by consensually monitored telephone calls, text messages, and other means. To my knowledge, none of the information CS has provided to law enforcement personnel has proved to be false, misleading, or inaccurate in any material respect.

## PROBABLE CAUSE

A. <u>Background</u>

7. This investigation began in December of 2015, when CS informed law enforcement that CS was aware of a methamphetamine trafficker named "Jimmy," who distributed methamphetamine in Alexandria, Virginia, which is located within the Eastern District of Virginia.

8. Through the presentation of photos to CS, investigators were able to confirm that "Jimmy" and ZEIGLER are the same person. According to CS, CS met ZEIGLER through a friend. CS informed law enforcement that CS was in contact with ZEIGLER and that CS could purchase ounce quantities of methamphetamine from ZEIGLER.

B. <u>Controlled Purchase of Methamphetamine from ZEIGLER</u>

9. In or around February of 2016, CS, acting under the supervision and direction of law enforcement, arranged to purchase a quantity of methamphetamine from ZEIGLER. This controlled buy took place in Alexandria, Virginia. The suspected methamphetamine field-tested positive for methamphetamine.

C. <u>Travel of JIMMY ZEIGLER to California to Purchase Methamphetamine</u>

10. According to CS, ZEIGLER travelled to California between November 18, 2015 and November 21, 2015, in order to obtain methamphetamine. American Airlines records confirm that ZEIGLER traveled from Ronald Reagan Washington National Airport, which is located in Arlington, Virginia, within the Eastern District of Virginia, to San Diego International Airport during this time period.

11. According to CS, ZEIGLER travelled to California between December 12, 2015 and December 15, 2015, in order to obtain methamphetamine. American Airlines records confirm that ZEIGLER traveled from Ronald Reagan Washington National Airport to San Diego

International Airport during this time period.

12. According to CS, ZEIGLER travelled to California between January 10, 2016 and January 13, 2016, in order to obtain methamphetamine. American Airlines records confirm that ZEIGLER traveled from Baltimore Washington International Airport to Los Angeles International Airport during this time period.

13. Law enforcement also confirmed that ZEIGLER travelled on February 10, 2016, from Washington Dulles International Airport, which is located in Dulles, Virginia, within the Eastern District of Virginia, to Los Angeles International Airport.

D. Search and Seizure of U.S. Postage Package Containing Methamphetamine

14. On March 31, 2016, the United States Postal Inspection Service intercepted a package (Tracking Number: 9505500011496090000152) with an intended address located on 9th Street NW, Washington, D.C., which law enforcement also know is ZEIGLER's current address. This package was intercepted at the Washington Dulles International Airport. Further, this package was addressed to a "J. Zeigler."

15. On April 1, 2016, a United States Customs and Border Protection K-9 indicated on the package. Based on the K-9's reaction, the United States Postal Inspection Service obtained a search and seizure warrant for the package from The Honorable Theresa C. Buchanan, United States Magistrate Judge for the Eastern District of Virginia. After obtaining the search warrant, law enforcement opened the package and identified approximately 3.5 pounds of a white crystal substance, which field-tested positive for methamphetamine. Based on my training in drug identification, I was able to identify the methamphetamine as being consistent with crystal methamphetamine. In an abundance of caution, however, this affidavit requests that ZEIGLER be charged with conspiracy to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, because a field

test cannot distinguish between crystal methamphetamine and a mixture or substance containing a detectable amount of methamphetamine.

16. Law enforcement then used publicly available databases to research the sender's address, which is listed as an address located on Airport Boulevard in Los Angeles, California. Law enforcement determined the sender's address belongs to a United States Post Office.

17. Law enforcement also reviewed still images from the post office in Los Angeles, California. The images show ZEIGLER as the shipper of the package in question. Further, on March 31, 2016, CS advised law enforcement that ZEIGLER had recently returned from a trip to California, where he purchased methamphetamine.

18. Finally, one of ZEIGLER's known phone numbers checked the status of the package (Tracking Number: 9505500011496090000152) on the United States Post Office's website.

E. Controlled Delivery of Methamphetamine

19. On April 5, 2016, law enforcement executed a controlled delivery of 3.5 pounds of methamphetamine to ZEIGLER. At that time, ZEIGLER admitted that he purchased the methamphetamine and shipped it to his address in the District of Columbia. ZEIGLER further admitted that he was a member of a conspiracy to distribute crystal methamphetamine within the Eastern District of Virginia and elsewhere.

**CONCLUSION**

20. Based upon the foregoing, I believe probable cause exists that from on or about November 18, 2016 to April 5, 2016, in Alexandria, Virginia, within the Eastern District of Virginia, and elsewhere, JIMMY OLIVER ZEIGLER II, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with others, both known and unknown,

to unlawfully, knowingly, and intentionally distribute five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

_____
Kendrah Peterson
Special Agent
Drug Enforcement Administration

Sworn and subscribed to before me the 25th day of April 2016.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

_____
The Honorable Theresa C. Buchanan
United States Magistrate Judge